JANICE MCCARTHY *v.* HARTFORD HOSPITAL ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 108 Conn. App. 370 (AC 28666), is denied.

*Douglas L. Drayton*, in support of the petition.

*John J. Quinn*, in opposition.

Decided September 5, 2008

RUI M. NASCIMENTO *v.* CONNECTICUT LIFE AND CASUALTY INSURANCE COMPANY

The plaintiff's petition for certification for appeal from the Appellate Court, 108 Conn. App. 447 (AC 28856), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Peter M. Appleton*, in support of the petition.

*Edward W. Gasser* and *Lauren E. Barber*, in opposition.

Decided September 5, 2008

LOUDEN LEGAL GROUP, LLC *v.* WILLIAM TAFF

The defendant's petition for certification for appeal from the Appellate Court (AC 29121) is denied.

PALMER, J., did not participate in the consideration of or decision on this petition.

*Anthony R. Minchella*, in support of the petition.

*Marcus G. Organschi* and *Charles F. Brower*, in opposition.

Decided September 5, 2008